IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| GORDON A. BRYANT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No.  06-3286 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter is before the Court on Petitioner Gordon A. Bryant's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (d/e 1) (Petition).  For the reasons set forth below, Bryant's Petition is denied.

Petitioner Gordon has filed the instant Petition, seeking a reduction in his sentence.  Petitioner asserts that he is entitled to a reduction in his sentence because he provided substantial assistance to the Government in connection with a murder that occurred on January 9, 2006, at a Bureau of Prisons medical facility located in Springfield, Missouri.  The instant Petition under § 2241 is not the appropriate vehicle for the relief being sought because Petitioner does not assert that there is "a fundamental

1

defect" in his criminal conviction.  <u>Cooper v. United States</u>, 199 F.3d 898, 901 (7th Cir. 1999).

Moreover, it is within the sole discretion of the Government to file a motion, under Federal Rule of Criminal Procedure 35(b)(2), requesting a reduction in a defendant's sentence for substantial assistance.  In this case, the Government states that it has investigated the matter and has determined not to bring to such a motion.  Therefore, Petitioner's Petition is DENIED.  All pending motions are denied as moot.  This case is closed.

IT IS THEREFORE SO ORDERED.

ENTER: April 12, 2007.

      FOR THE COURT:

                                          s/ Jeanne E. Scott
                                          JEANNE E. SCOTT
                                 UNITED STATES DISTRICT JUDGE